No. 99–1273. American Steamship Owners Mutual Protection and Indemnity Assn., Inc., et al. *v.* United States Lines, Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 99–1276. Greene *v.* Douglas et al. C. A. 2d Cir. Certiorari denied.

No. 99–1280. Fisher *v.* Michigan. Cir. Ct. Oakland County, Mich. Certiorari denied.

No. 99–1297. Mensah *v.* St. Joseph County Family Independence Agency et al. C. A. 6th Cir. Certiorari denied.

No. 99–1298. Ware *v.* Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–1300. Coleman *v.* Stewart et al. Ct. Civ. App. Ala. Certiorari denied.

No. 99–1302. Tuckness *v.* Henderson, Postmaster General, et al. C. A. 10th Cir. Certiorari denied.

No. 99–1318. Simmons *v.* Wetherall et al. Sup. Ct. Conn. Certiorari denied.

No. 99–1338. Smith et al. *v.* Harris County et al. C. A. 5th Cir. Certiorari denied.

No. 99–1359. Ferreira *v.* Idaho. Ct. App. Idaho. Certiorari denied.

No. 99–1364. Rainy Lake One Stop, Inc., et al. *v.* Marigold Foods, Inc., et al. C. A. 8th Cir. Certiorari denied.

No. 99–1409. City of Kansas City *v.* Harmon et al. C. A. 8th Cir. Certiorari denied.

No. 99–7489. Parker *v.* Luebbers, Superintendent, Potosi Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 99–7537. Feagin, aka Amon *v.* United States. C. A. 11th Cir. Certiorari denied.